FILED
In the District Court of
Upshur County, Texas
on this the ____ day of ____ 2015
at 10:5_ ____
Karen Bunn, District Clerk
By ____ DEPUTY
6th COURT OF APPEALS
TEXARKANA TEXAS
5/1/2015 3:16:55 PM
DEBBIE AUTREY Deputy
Clerk

NO 16,605

| | | |
|---|---|---|
| The State of Texas | X | IN THE 115th |
| | X | District Court |
| vs. | X | Upshur County |
| Shepherd | X | Texas |
| Jonathan Ray ~~Sheperd~~ | X | |

## Notice of Appeal

On April, 21, 2015 I hereby give notice to the trial court that I desire to appeal my conviction and request appointment of counsel. My appeal is to the 12th Court of Appeals in Tyler Texas.

X Jonathan Shepherd
Jonathan Shepherd

FILED
KAREN BUNN
DISTRICT CLERK
2015 APR 28 PH 2:54
UPSHUR COUNTY, TX
BY _____
DEPUTY

CAUSE NO. 16,605

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 115TH DISTRICT COURT |
| VS | § | OF |
| JONATHAN RAY SHEPHERD | § | UPSHUR COUNTY, TEXAS |

## FORMAL NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant, Jonathan Ray Shepherd, who by and through his court appointed appellate attorney, makes and files this his **Formal Notice of Appeal** as follows:

I.

Upon the Defendant's plea of not guilty and subsequent jury trial, the Trial Court sentenced the Defendant after the jury found him guilty of the the offense of capital murder by kidnapping or attempted kidnapping on April 21, 2015. This was a non-death penalty case and therefore the punishment assessed was as a matter of law the term of life without parole in the Institutional Division of the Texas Department of Criminal Justice.

II.

Sentencing occurred on April 21, 2015. The appellant's attorney for this appeal was appointed on April 21, 2015.

1

III.

Notice is hereby given for the appeal of this felony conviction to the Texas Court of Appeals for the 6th Appellate District at Texarkana, Texas.

PRAYER

WHEREFORE, premises considered, Defendant prays that this Notice of Appeal be filed and acted upon as required by Texas law.

Respectfully Submitted,

By: _____

Dwight A. Brannon
Attorney at Law
P.O. Box 670
Gilmer, Texas 75644
Phone: 903-843-2523
Fax: 903-843-6014
State Bar No. 02894500

APPELLATE ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

A true and correct copy of the above Notice of Appeal was hand delivered to the office of the Criminal District Attorney of Upshur County, Texas at 405 North Titus Street, Gilmer, Texas, and to the Defendant by letter on this the __28th__ day of __April__, 2015.

Dwight A. Brannon

3

CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS

TRIAL COURT NO.      16,605

JONATHAN RAY SHEPHERD          *     IN THE 115TH DISTRICT COURT

VS.                            *     OF

THE STATE OF TEXAS             *     UPSHUR COUNTY, TEXAS

The Record of my office reflect the following information in this case:

DEFENDANT WAS CONVICTED OF:  Capital Murder by Kidnapping or Attempted Kidnapping

PUNISHMENT ASSESSED:  Life without Parole Institutional  Division TDCJ

WAS THIS A REVOCATION OF PROBATION? _____ YES _____X_____ NO

DEFENDANT IS:  IN JAIL _____X_____ OUT ON BOND _____ OUT ON
PROBATION_____

IF ON BOND, GIVE AMOUNT: $ _____ DATE BOND WAS POSTED: _____

SENTENCE IMPOSED ON THE  21st DAY OF April,  2015.

IF NO SENTENCE, ORDER APPEALED FROM WAS SIGNED ON : _____ DAY OF _____, _____

WRITTEN NOTICE OF APPEAL WAS FILED ON: 21st  DAY OF April, 2015.

MOTION FOR NEW TRIAL FILED _____X_____ NO _____ YES , IF YES, DATE FILED _____

*** IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL, PLEASE GIVE WRITTEN NOTICE TO THE COUT OF APPEAL IMMEDIATELY.

PRESIDING TRIAL COURT JUDGE: Lauren Parish

TRIAL COURT REPORTER: Deanna Drennan

ADDRESS: P. O. BOX 1052, GILMER, TEXAS 75644

WAS DEFENDANT DECLARED INDIGENT? _____X_____ YES _____ NO

DEFENDANT 'S COUNSEL IS: RETAINED _____ APPOINTED ____X_____ PRO SE _____

DEFENDANT IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME: Dwight Brannon

BAR CODE NUMBER 02894500

ADDRESS: P. O. BOX 670, Gilmer, Texas 75644

STATE IS REPRESENTED ON APPEAL BY:

ATTORNEY'S NAME: Billy W. Byrd

BAR CODE NUMBER 24034354

ADDRESS: 405 N. Titus, Gilmer, Texas 75644

IF TWO OR MORE CASES WERE TRIED TOGETHER, LIST CASE NUMBERS ONLY:

IF COMPANION CASE, LIST DOCKET NUMBER AND DEFENDANT'S NAME:

**** SEND SEPARATE CERTIFICATE FOR EACH CASE APPEALED

DATED THE 1st DAY OF May, 2015.

KAREN BUNN, DISTRICT CLERK

BY: MELISSA CHEVALIER, DEPUTY CLERK